## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JUSTIN BLONSTEIN, on behalf of himself and all others similarly situated,

           Plaintiff,

    vs.

GGP, INC., SANDEEP MATHRANI, RICHARD CLARK, MARY LOUI FIALA, J. BRUCE FLATT, JANICE R. FUKAKUSA, JOHN K. HALEY, DANIEL B. HURWITZ, BRIAN W. KINGSTON, CHRISTINA M. LOFGREN, BROOKFIELD PROPERTY L.P. and GOLDFINCH MERGER SUB CORP.,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 1:18-cv-00679-CFC

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Notice is hereby given that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-titled action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. No class has been certified in this case; Rule 23(e) of the Federal Rules of Civil Procedure therefore does not apply to this dismissal, and this dismissal in no way prejudices the rights of the putative class.

Dated:   September 27, 2021        **COOCH & TAYLOR**

                    By:   */s/ Blake A. Bennett*
                         Blake A. Bennett (#5133)
                         The Nemours Building
                         1007 N. Orange Street, Suite 1120
                         Wilmington, DE 19801
                         Tel:   (302) 984-3800
                         Fax:   (302) 984-3939
                         bbennett@coochtaylor.com

**OF COUNSEL**

Evan J. Smith
Marc L. Ackerman
**BRODSKY & SMITH, LLC**
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Phone: (610) 667-6200
Facsimile: (610) 667-9029
esmith@brodskysmith.com
mackerman@brodskysmith.com

*Attorneys for Plaintiff*